IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. __2:25-cr-01241__ |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| v. | ) | 21 U.S.C. § 841(b)(1)(C) |
| | ) | 21 U.S.C. § 846 |
| | ) | 21 U.S.C. § 853 |
| **LEVI PHILLIP MILES** | ) | 21 U.S.C. § 881 |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| | ) | **INFORMATION** |

## COUNT 1

**THE UNITED STATES ATTORNEY CHARGES:**

That beginning at a time unknown to the United States Attorney, but beginning in at least January 2022, and continuing thereafter, up to and including January 1, 2023, in the District of South Carolina and elsewhere, the Defendant, **LEVI PHILLIP MILES**, knowingly and intentionally did combine, conspire, agree and have tacit understanding with others, both known and unknown to the United States Attorney, to possess with intent to distribute and to distribute N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as "fentanyl") and oxycodone, both Schedule II controlled substances;

a. With respect to **LEVI PHILLIP MILES**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a quantity of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as "fentanyl") and a quantity of oxycodone, in

1

violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C);

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

## COUNT 2

**THE UNITED STATES ATTORNEY FURTHER CHARGES:**

That on or about January 1, 2023, in the District of South Carolina, the Defendant, **LEVI PHILLIP MILES**, knowingly, intentionally and unlawfully did possess with intent to distribute and did distribute a quantity of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as "fentanyl"), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

# FORFEITURE

DRUG OFFENSE:

Upon conviction for felony violation of Title 21, United States Code as charged in this Indictment, the Defendant, **LEVI PHILLIP MILES**, shall forfeit to the United States all of the Defendant's rights, title, and interest in and to any property, real and personal,

   (a)   constituting, or derived from any proceeds the Defendant obtained, directly or indirectly, as the result of such violation(s) of Title 21, United States Code, and all property traceable to such property;

   (b)   used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations of Title 21, United States Code.

PROPERTY:

Pursuant to Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offense charged in this Information includes, but is not limited to, the following:

   Proceeds/Forfeiture Judgment:

   A sum of money equal to all property the Defendant obtained as a result of the drug offense charged in the Indictment, and all interest and proceeds traceable thereto as a result of his violation of 21 U.S.C. § 841.

SUBSTITUTION OF ASSETS:

If any forfeited property being subject to forfeiture, as a result of any act or omission of the Defendant:

   (a)   cannot be located upon the exercise of due diligence;
   (b)   has been transferred or sold to, or deposited with, a third person;

3

  (c) has been placed beyond the jurisdiction of the Court;
  (d) has been substantially diminished in value; or
  (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of Defendant up to an amount equivalent to the value of the forfeitable property.

  Pursuant to Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c).


BRYAN P. STIRLING
UNITED STATES ATTORNEY


By: *[signature]*
  Emily Limehouse (Fed ID 12300)
  Whit Sowards (Fed ID 11844)
  Assistant United States Attorneys
  151 Meeting Street, Ste. 200
  Charleston, South Carolina 29401
  Tel.: 843-727-4381
  Fax: 843-727-4443
  Email: Emily.Limehouse@usdoj.gov; John.Sowards@usdoj.gov